THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHAWNA SERQUINA, <br><br> Plaintiff, <br><br> v. <br><br> BEAN EXCAVATION LLC and ANDY CLINE, in personam; the dredge BONCAVOR, Official Number 643114, her appurtenances and cargo, in rem, <br><br> Defendants. | AT LAW AND IN ADMIRALTY <br> No. C05-5127KLS <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS FOR MAINTENANCE, CURE, UNEARNED WAGES, ATTORNEYS' FEES, AND PREJUDGMENT INTEREST FROM JULY 8, 2004 THROUGH APRIL 27, 2005** |

THIS DAY THIS CAUSE came on to be heard upon the Stipulation of the plaintiff, Shawna Serquina, by and through her counsel of record, John Merriam, and defendants Bean Excavation LLC and Andy Cline, *in personam,* and the dredge BONACAVOR, Coast Guard Official Number 643114, her appurtenances and cargo, *in rem,* by and through their counsel of record, Lane Powell PC, seeking a dismissal, with prejudice, of all of plaintiff's claims for maintenance, cure and unearned wages that accrued between July 8, 2004 and April 27, 2005, during her employment by Bean Excavation, LLC aboard its vessels, including the dredge BONACAVOR, Official Number 643114, as well as all prejudgment interest and attorneys' fees for the pursuit of those remedies, and this Court, upon consideration of the Stipulation, finds as follows:

ORDER OF DISMISSAL W/PREJUDICE OF CLAIMS FOR MAINTENANCE, CURE, UNEARNED WAGES, ATTORNEYS' FEES, PREJUDGMENT INTEREST etc. - 1

Case No. C05-5127KLS
052755.0001/1202198.1

**LANE POWELL PC**
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

IT IS THEREFORE ORDERED AND ADJUDGED that all plaintiff's claims for maintenance, cure and unearned wages that accrued between July 8, 2004, and April 27, 2005, arising out of her employment by defendant Bean Excavation, LLC and work aboard any vessels it owned or operated, without limitation, including the BONACAVOR, Coast Guard Official Number 643114, as well as any right to recover prejudgment interest and attorneys' fees to which plaintiff may have been entitled for the pursuit of those remedies, are hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED on this the 9th day of June, 2005.

_____
Robert J. Bryan
United States District Judge

Presented by:

LANE POWELL, P.C.

By s/_____
Katie Smith Matison, WSBA No. 20737
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Telephone: (206) 223-7029
Fax: (206) 223-7107
E-mail: matisonk@lanepowell.com
Attorneys for Defendants
Bean Excavation LLC, Andy Cline and BONACAVOR,
Coast Guard Official Number 643114

Notice of Presentation Waived:

By s/_____
John W. Merriam, WSBA No. 12749
The West Wall Building
Fisherman's Terminal
4005 20th Ave. West, Ste 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com
Attorneys for Plaintiff
Shawna Serquina

ORDER OF DISMISSAL W/PREJUDICE OF CLAIMS FOR MAINTENANCE, CURE, UNEARNED WAGES, ATTORNEYS' FEES, PREJUDGMENT INTEREST etc. - 2

Case No. C05-5127KLS
052755.0001/1202198.1

LANE POWELL PC
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000